Louis Cowan, Respondent, *v.* Clarence C. Rice et al., Appellants, Impleaded with Others.

(Argued April 20, 1934; decided May 29, 1934.)

*Peter W. Quinn* for appellants.

*I. Maurice Wormser* and *Charles C. Peters* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.